IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kaldoon Haddad, | ) | |
| | ) | |
| Plaintiff, | ) | Honorable John J. Tharp, Jr. |
| | ) | |
| v. | ) | Case No: 1:16-cv-03935 |
| | ) | |
| American Coradius International, LLC, | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendant. | ) | |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, August 16, 2016 at 9:00 a.m.**, we will appear before the Honorable John J. Tharp, Jr. in courtroom 1419 in the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois 60604, and shall there and then present: **American Coradius International, LLC's Motion for Leave to Reply to Plaintiff's Sur-Reply Brief.**

    Respectfully submitted,
    */s/: Daniel W. Pisani*
    Daniel W. Pisani
    James K. Schultz
    Sessions Fishman Nathan & Israel, LLC,
    120 South LaSalle Street, Suite 1960
    Chicago, Illinois 60603-3651
    Telephone: (312) 578-0994
    E-mail: dpisani@sessions.legal
            jschultz@sessions.legal
    Attorneys for Defendant
    American Coradius International, LLC

## CERTIFICATE OF SERVICE

 I certify that on August 10, 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/: Daniel W. Pisani</u>