# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Kaldoon Haddad

                                    Plaintiff,

v.                                                                      Case No.: 1:16−cv−03935
Honorable John J. Tharp Jr.

American Coradius International, LLC

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 11, 2016:

      MINUTE entry before the Honorable John J. Tharp, Jr:The Motion by Defendant American Coradius International, LLC for leave to file Reply to Plaintiff's Sur−Reply Brief [24] is denied. No appearance on this motion is required. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.